AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of   COLUMBIA

**FILED**
JAN 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gheorghe Croitoru

Plaintiff

V.

Home Land Security, Know as (I.N.S)
And Paul Tuchmann, U.S. assistant attorney.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 0061

I, Gheorghe Croitoru _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Federal Metropolitan Detention Center, Brooklyn, N.Y.

   Are you employed at the institution?  Yes    Do you receive any payment from the institution?  Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.  I requested on November 18, 07, for the transactions of the last six months, and nothing is getting done in this facility, so I have no power to have what I request for!!

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   I believe my last date of employment in U.S.A., was in May of 1999. I can't remember my take home salary or wages. I know I was paid $7.00 an hour, at Glen's Market in Boyne City.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends             ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☒ Yes   ☐ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                            ☒ Yes   ☐ No
   f. Any other sources                                ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

3C. Pension - MY father, Mr. Gheorghe Croitoru, Left me his Pension from 2001 - Janurary 2007 on average approx. $30.00 Per month.

3E. Gifts - My brother, Marius Croitoru, sent me $92.00 while incarcerated here at M.D.C Brooklyn, N.Y.

3F. Other Sources - In Augest 2007 an inmate put a $120.00 in my account.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes    ■ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ■ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   None

I declare under penalty of perjury that the above information is true and correct.

December, 10, 2007                     Gheorghe Croitoru
_____                        _____
Date                                   Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach the certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date |

Dear, to whom it may concern.

I have requested to inmate trust funds, and commissary, for my transactions Status of the Last six months, and I have not got in any responce from, commissary nor inmate trust funds. Nothing is getting done here in New York! I wrote even to the Attorney General twice, and a Letter from U.S. Customs House in Pennsylvania, sent my letter back, stateing that the issues raised by me can be done here in New York, at the Local Level. Title 8 U.S.C. 1431 came up missing, w/ the the I.N.A. Booklet 2007 Edition, sometime in October 2007. I went to the federal Law Library wed. Dec 5th 2007. And it came back in, and I Looked to see 1431, and the entire page has been changed. The former title Children Born Outside the United States and Residing Permanently in the United States; Conditions Under which Citizenship Automatically Acquired. and the rest of section title Plus the three requirements has been Changed. There not there anymore!! A conspiracy is going on with my case, and I feel that I might be in Danger! I'm not even supposto be here in Custody! I'm Supposto be at Home in Michigan! I'm a citizen of this Country since the age of 15. And a Special Agent got me messed up with somebody else. There are tens of thousands Romanians in Detroit Michigan, that has a name Like mine, exept that I do not have middle name. I can prove it with my Birth Certificate, and Documents in my Discovery that were done by I.N.S. back in 1980, 1982 1983. Ext. I ask and pray for a Hearing as soon as possible in Immigration Court! I asked to be transferred to I.N.S. on Sept. 18, 2007, but it was denied! I also asked for a Court ORDER of the phone Conversation I had with

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: __Gheorghe Croitoru__ v. __Homeland Security, and Paul Tichmann U.S. assistant attorney.__

Civil Action No. _____

I, __Gheorghe Croitoru__ # __75348-053__, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

((b)) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

n:\forms\Trust Account Form