UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gheorghe Croitoru, )
)
    Plaintiff, )
)
v. ) Civil Action No. 08 0061
)
Homeland Security and )
Paul Tuchmann, )
)
    Defendants. )

TRANSFER ORDER

This matter is before the Court on plaintiff's separately submitted *pro se* complaints and his application to proceed *in forma pauperis*. Plaintiff is a detainee at the Metropolitan Detention Center in Brooklyn, New York. He challenges his detention and an apparent deportation order, claiming mistaken identity. Because both complaints arise from the same set of facts, the Court will consolidate them and, for the following reasons, will transfer the case.

Because plaintiff is challenging the legality of his custody, his recourse lies in a writ of *habeas corpus*. *See* 28 U.S.C. § 2241 (2006). *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973); *LoBue v. Christopher*, 82 F.3d 1081, 1082-84 (D.C. Cir. 1996). The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla*, 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Plaintiff's custodian is not within this Court's territorial

jurisdiction. The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 26th day of December 2007,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Eastern District of New York. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

/s/ Reggie B. Walton
United States District Judge